IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                                                                       Criminal Action No.
                                                                       23-00274-01-CR-W-HFS

CHARLES L. WILLIAMS,

        Defendant.

_____

# MEMORANDUM OF MATTERS DISCUSSED AND
# ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGE**: <u>Count I</u>: Felon in Possession of a Firearm and Unlawful User of a Controlled Substance in Possession of a Firearm *in violation of* 18 U.S.C. §§ 922(g)(1), (g)(3) and 924(a)(8)

**TRIAL COUNSEL**:
        Government: William A. Alford, III
           Case Agent: Steven Cook, IPD
        Defense: Travis Poindexter

**OUTSTANDING MOTIONS**: None

**ANTICIPATED MOTIONS**: Government – None; Defense – Motion in Limine

**TRIAL WITNESSES**:
        Government: 5 with stipulations; 7 without stipulations
        Defense: 4 witnesses, including Defendant who     ( ) will
                                                                  ( x ) may
                                                                  ( ) will not testify

**TRIAL EXHIBITS**:
        Government: 50 exhibits
        Defense: 10 exhibits

**DEFENSES**:
        ( x )    defense of general denial
        (   )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
        (  ) Definitely for trial                    ( x ) Possibly for trial
        (  ) Motion to continue to be filed     (  ) Likely a plea will be worked out

**TRIAL TIME**: **2 days**
    Government's case including jury selection: 1.5 days
    Defense case: .5 day

**STIPULATIONS**:
- ( x ) not likely
- (  ) not appropriate
- (  ) likely as to:
  - (  ) chain of custody
  - (  ) chemist's reports
  - ( x ) prior felony conviction
  - ( x ) interstate nexus of firearm
  - (  ) other: _____

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES:**

**Witness and Exhibit Lists**:
Government: May 20, 2024
Defense: May 20, 2024
**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions**: May 20, 2024
**Jury instructions must comply with Local Rule 51.1**

**Motions in Limine**: May 20, 2024

**TRIAL SETTING**: Criminal jury trial docket commencing 6/3/2024
    **Please note**: Defense counsel requests this be set on the second week of the trial docket.

**OTHER**:
- (  ) A _____-speaking interpreter is required.
- (  ) Other assistive devices: _____

**IT IS SO ORDERED.**

                                              */s/ Jill A. Morris*
                                              JILL A. MORRIS
                                              United States Magistrate Judge